LAWRENCE G. BROWN
Acting United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4080

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cv-1382 OWW- DLB |
| | ) | |
| Plaintiff, | ) | **CONSENT JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER S. RAHN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Pursuant to a Settlement Agreement stipulating to a Consent Judgment (Exhibit A), judgment in the amount of Two-Hundred and Six- Thousand Two-Hundred and Sixteen Dollars and no Cents ($206,216.00) is entered in favor of Plaintiff United States of America and against Defendant Roger S. Rahn.

IT IS SO ORDERED.

DATED: February 13, 2009

/s/ OLIVER W. WANGER
United States District Judge

1